# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | 8:05CR318 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **STEPHEN S. MOLSON,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of Jeffrey L. Thomas and the Office of the Federal Public Defender for the District of Nebraska to withdraw as counsel for the defendant, Stephen S. Molson [21]. Since retained counsel, Clarence E. Mock, has entered an appearance for the defendant [19], the motion to withdraw [21] is granted. Mr. Thomas shall forthwith provide Mr. Mock with the discovery materials provided the defendant by the government and such other materials obtained by Mr. Thomas which are material to the defendant's defense.

**IT IS SO ORDERED.**

DATED this 4th day of November, 2005.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge