IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>STEPHEN SINCLAIR MOLSON, )<br>)<br>Defendant. ) | 8:05CR318<br><br>**SCHEDULING ORDER** |

Before the court is defendant's Motion to Continue [20] the previously scheduled evidentiary hearing on the Motion to Suppress. Good cause being shown, the motion will be granted and the evidentiary hearing will be rescheduled.

IT IS ORDERED:

1. That the defendant's Motion to Continue [20] is granted; and

2. That the evidentiary hearing on the Motion to Suppress [15] is continued to **November 28, 2005** at **9:00 a.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska.

Since this is a criminal case, the defendant must be present, unless excused by the Court.

DATED this 7th day of November, 2005.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge