IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:05CR318 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| STEPHEN S. MOLSON, | ) | |
| | ) | |
| Defendant. | ) | |

Before the court is the defendant's motion to withdraw his guilty plea, Filing No. 56. This motion is identical to the defendant's motion to withdraw his plea, dated November 12, 2011, and filed on November 17, 2011 (Filing No. 54). On November 18, 2011, this court entered its order (Filing No. 55) denying the defendant's November 12th motion to withdraw. The court finds that the defendant's motion should again be denied for the reasons stated in the court's earlier order. The court has reviewed the Field Test of Evidence (Filing No. 56, pg. 12) attached to the motion and finds that it does not change the outcome. Accordingly,

IT IS ORDERED that the defendant's motion to withdraw his guilty plea, Filing No. 56, is denied.

DATED this 23rd day of November, 2011.

BY THE COURT:

s/Joseph F. Bataillon
UNITED STATES DISTRICT JUDGE