IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br> vs.<br><br>STEPHEN S. MOLSON,<br><br>     Defendant. | 8:05CR318<br><br>ORDER |

   This matter is before the Court on the defendant's Motion Requesting Court Appointed Counsel Under the Criminal Justice Act, Pursuant to 18 U.S.C. § 3006A [66].  The defendant does not set forth a sufficient reason for granting the motion, other than to state that he is "a 'layperson', untrained in the science of law."  Therefore the motion will be denied.

   **IT IS ORDERED:**

   1. The defendant's Motion Requesting Court Appointed Counsel Under the Criminal Justice Act, Pursuant to 18 U.S.C. § 3006A [66] is denied.

   2. The Clerk of the Court is directed to mail a copy of this order to the defendant at the address accompanying filing [66].

   Dated this 4th day of August, 2014.

                    BY THE COURT:

                    s/ F.A. Gossett, III
                    United States Magistrate Judge